# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE ANN WILLIAMS, | Case No. 1:17-cv-00656-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | (ECF No. 2) |
| COMMISSIONER OF SOCIAL SECURITY, | TWENTY DAY DEADLINE |
| Defendant. | |

Plaintiff Lorie Ann Williams ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on May 11, 2017, challenging the Commissioner of Social Security's denial of benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff indicated that she does not receive money from any source, but states that she contributes $350.00 to the support of her grandmother thorough AFDC.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

/ / /

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **May 16, 2017**

        UNITED STATES MAGISTRATE JUDGE