# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE ANN WILLIAMS,<br><br>  Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:17-cv-00656-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 2, 4) |

Plaintiff Lorie Ann Williams filed a complaint on May 11, 2017, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court found Plaintiff's application was not adequately completed and Plaintiff was ordered to file a long form application to proceed in forma pauperis. On June 1, 2017, Plaintiff filed a long form application to proceed without prepayment of fees. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

/ / /

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **June 5, 2017**

_____
UNITED STATES MAGISTRATE JUDGE