# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE ANN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00656-SAB<br><br>ORDER REQUIRING PLAINTIFF TO NOTIFY COURT OF STATUS OF SERVICE WITHIN FIVE DAYS |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, plaintiff's claim for benefits under the Social Security Act. The summonses in this action were issued on June 6, 2017, along with a scheduling order and informational order providing Plaintiff with the requirements to proceed pro se in this matter.

Pursuant to the orders issued in this matter, Plaintiff is required to effect service of process within twenty days. (ECF No. 6 at 2-3; ECF No. 8 at 1.) Plaintiff was advised that after service of process is complete she must file a proof of service with the Court. (ECF No. 6 at 3.) More than twenty days have passed and Plaintiff has not filed a proof of service or returned the documents to be served by the United States Marshal.

Accordingly, IT IS HEREBY ORDERED that within five days from the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of service in this action.

1

Plaintiff is advised that failure to comply with the orders of the Court may result in the issuance of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated: **July 10, 2017**

_____
UNITED STATES MAGISTRATE JUDGE